**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JOHN NATHAN CAMPBELL, : | |
| *Plaintiff*, : | |
| : | |
| v. : | CIVIL ACTION |
| : | NO. 22-4748 |
| UNITED STATES OF AMERICA, : | |
| *Defendant*. : | |

# ORDER

**AND NOW,** this **27th** day of **February, 2024**, upon consideration of Defendant United States' Motion for Summary Judgment and Praecipe for Entry of Judgment of Non Pros (ECF No. 10), Plaintiff's Answer to Defendant's Motion for Summary Judgment and Praecipe for Judgment for Non Pros (ECF No. 12), Defendant United States' Reply in Further Support of its Motion for Summary Judgment and Praecipe for Entry of Judgment of Non Pros (ECF No. 13), Plaintiff John N. Campbell's Answer to Defendant's Reply in Further Support of Its Motion for Summary Judgment and Praecipe for Entry of Non Pros (ECF No. 14), Defendant United States' Notice of Supplemental Authority (ECF No. 15), Plaintiff's letter response dated October 3, 2023 to Defendant United States' Notice of Supplemental Authority, and Plaintiff's Certificate of Service of the October 3, 2023 letter (ECF No. 16), it is hereby **ORDERED** as follows:

1. The Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE** for failure to comply with Federal Rule of Civil Procedure 8.

2. The Plaintiff is granted leave to file an amended complaint no later than **March 27, 2024**.

2

3. The Defendant's motion is **GRANTED IN PART** and **DENIED IN PART**. It is granted to the extent that the Plaintiff failed to adhere to Federal Rule of Civil Procedure 8, and his complaint is being dismissed without prejudice with leave to amend. The Defendant's motion is denied as to Federal Rule Civil Procedure 12(b)(6) in that the Court has afforded the Plaintiff an opportunity to file an amended complaint.

                                              **BY THE COURT:**

                                              /s/ Kai N. Scott
                                              **HON. KAI N. SCOTT**
                                              **United States District Court Judge**