IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN NATHAN CAMPBELL,<br>*Plaintiff,* | :<br>:<br>: |
| v. | : CIVIL ACTION<br>: NO. 22-4748 |
| UNITED STATES OF AMERICA,<br>*Defendant.* | :<br>:<br>: |

## ORDER

**AND NOW,** this **6th** day of **March 2025**, upon consideration of Plaintiff's Amended Complaint (ECF No. 19) and Defendant's Motion to Dismiss for Failure to State a Claim (ECF No. 22), it is hereby **ORDERED** that Defendant's Motion is **GRANTED** and Plaintiff's Amended Complaint is **DISMISSED** with prejudice. The Clerk of Court is **DIRECTED** to close this case.

BY THE COURT:

_____
**HON. KAI N. SCOTT**
**United States District Court Judge**